**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*: _____    Chapter 11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | North Whiteville Urgent Care & Family Practice, PA |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-1293222 |
| 4. | **Debtor's address** | **Principal place of business** 614 JK Powell Blvd Whiteville, NC 28472 Number, Street, City, State & ZIP Code  Columbus County  **Mailing address, if different from principal place of business** 118 W Wyche St Whiteville, NC 28472 P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.whitevilleurgentcare.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  North Whiteville Urgent Care & Family Practice, PA  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
    - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor    North Whiteville Urgent Care & Family Practice, PA    Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49                  ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99                  ☐ 5001-10,000        ☐ 50,001-100,000<br>☐ 100-199              ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000          ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☒ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000          ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☒ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million ☐ More than $50 billion |

| Debtor | North Whiteville Urgent Care & Family Practice, PA | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 12, 2025
                   MM / DD / YYYY

X  /s/   Dr. James Pridgen, MD                          Dr. James Pridgen, MD
Signature of authorized representative of debtor        Printed name

Title   Director/Owner

**18. Signature of attorney**

X  /s/ Christian B. Felden                              Date   June 12, 2025
Signature of attorney for debtor                                MM / DD / YYYY

Christian B. Felden
Printed name

Felden and Felden, P.A.
Firm name

PO Box 1399
Jacksonville, NC 28541-1399
Number, Street, City, State & ZIP Code

Contact phone   (910) 777-5464x11        Email address   cbfelden@feldenandfelden.com

37438 NC
Bar number and State

**Fill in this information to identify the case:**

Debtor name: North Whiteville Urgent Care & Family Practice, PA

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 12, 2025          X /s/   Dr. James Pridgen, MD
                                       Signature of individual signing on behalf of debtor

                                       Dr. James Pridgen, MD
                                       Printed name

                                       Director/Owner
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: North Whiteville Urgent Care & Family Practice, PA

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AC Group USA, Inc<br>901 AEC Dr<br>Wood Dale, IL 60191-1143 | | Accounts Receivable (90 days old or less) Accounts Receivable (Over 90 days old) | | Unknown | $171,450.00 | $0.00 |
| Bracha Capital, LLC<br>1992 East 2nd St.<br>Brooklyn, NY 11223 | | Accounts Receivable (90 days old or less) Accounts Receivable (Over 90 days old) | Unliquidated Disputed | $30,000.00 | $171,450.00 | $30,000.00 |
| Broadway Advance, LLC<br>39 Broadway<br>New York, NY 10006-3000 | | Accounts Receivable (90 days old or less) Accounts Receivable (Over 90 days old) | Unliquidated Disputed | $124,200.00 | $171,450.00 | $124,200.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | | | | | | $0.00 |
| MCA Servicing, LLC<br>1855 Griffin Rd, Ste A474<br>Dania, FL 33004 | | Accounts Receivable (90 days old or less) Accounts Receivable (Over 90 days old) | Unliquidated | $58,200.00 | $171,450.00 | $58,200.00 |
| NC Department of Revenue<br>PO Box 25000<br>Raleigh, NC 27640 | | | | | | $0.00 |

Debtor  North Whiteville Urgent Care & Family Practice, PA    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nexi Funding<br>20803 Biscayne Blvd, Ste 300<br>Miami, FL 33180 | | Accounts Receivable (90 days old or less)<br>Accounts Receivable (Over 90 days old) | Unliquidated | $20,000.00 | $171,450.00 | $20,000.00 |
| Pinnacle Business Funding<br>2389 Main St, Ste 100<br>Glastonbury, CT 06033-4617 | | Accounts Receivable (90 days old or less)<br>Accounts Receivable (Over 90 days old) | Unliquidated | $76,450.00 | $171,450.00 | $76,450.00 |
| Precise Lending Company, LLC<br>PO Box 170884<br>Irving, TX 75017-0884 | | Accounts Receivable (90 days old or less)<br>Accounts Receivable (Over 90 days old) | Unliquidated | Unknown | $171,450.00 | $0.00 |
| TVT Capital Source LLC<br>1407 Broadway<br>New York, NY 10018 | | Accounts Receivable (90 days old or less)<br>Accounts Receivable (Over 90 days old) | Unliquidated Disputed | $49,155.23 | $171,450.00 | $49,155.23 |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: North Whiteville Urgent Care & Family Practice, PA  
Debtor(s)

Case No.  
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Director/Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: June 12, 2025

/s/ Dr. James Pridgen, MD  
Dr. James Pridgen, MD/Director/Owner  
Signer/Title

AC Group USA, Inc
901 AEC Dr
Wood Dale, IL 60191-1143


Amsterdam Capital Solutions, LLC
747 Third Ave, 2nd Floor
New York, NY 10017


Bracha Capital, LLC
1992 East 2nd St.
Brooklyn, NY 11223


Broadway Advance, LLC
39 Broadway
New York, NY 10006-3000


Ershowsky Verstandig PLLC
290 Central Ave
Suite 109
Lawrence, NY 11559


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


James Henry Pridgen
118 W. Wyche St
Whiteville, NC 28472


James Henry Pridgen
118 W. Wyche St.
Whiteville, NC 28472


Lexington Recovery, LLC
222 West 37th Street, 9th Floor
New York, NY 10018


MCA Servicing, LLC
1855 Griffin Rd, Ste A474
Dania, FL 33004


NC Department of Revenue
PO Box 25000
Raleigh, NC 27640


Nexi Funding
20803 Biscayne Blvd, Ste 300
Miami, FL 33180


Pinnacle Business Funding
2389 Main St, Ste 100
Glastonbury, CT 06033-4617


Precise Lending Company, LLC
PO Box 170884
Irving, TX 75017-0884

```
Premiere Enterprises, LLC
PO Box 396
Whiteville, NC 28472


TVT Capital Source LLC
1407 Broadway
New York, NY 10018
```